UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 1 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ADRIAN JOHNSON,

vs.

SCOTT KERNAN,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-06-131 OWW/LJO HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
TIME-BARRED PETITION — NO GROUNDS FOR TOLLING.

_____
_____

Dated: 8-16-06

OLIVER W. WANGER
United States District Judge